IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
(Transferred from the Circuit Court of Calhoun County, Alabama)

| | |
|---|---|
| SABRINA ABERNATHY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. CV-2001-832 |
| | ) (Consolidated) |
| MONSANTO COMPANY, et al., | ) |
| Defendants. | ) |

**PLAINTIFFS' COUNSEL'S CERTIFICATION PURSUANT TO
PARAGRAPH 3.C.(2) OF THE SETTLEMENT AGREEMENT**

Pursuant to paragraph 3.c.(2) of the September 9, 2003 settlement agreement in this action (the "Settlement Agreement",[1] a copy of which is attached hereto as Exhibit A), plaintiffs' counsel hereby certifies to the Court and to the Interested Parties (Solutia Inc., Pharmacia Corporation, formerly known as Monsanto Company, and new Monsanto Company), that they have obtained Court approval of the settlement of the claims of the plaintiffs who are minors and plaintiffs' counsel have obtained signed Releases from the adult plaintiffs and those minor and adult plaintiffs total at least 97% of the plaintiffs whose names appear on the Plaintiff List. (A copy of the Court's September 10, 2003 Order Approving Settlement is attached hereto as Exhibit B. A copy of the Court's December 2, 2003 Order approving settlement of minors' claims is

---

[1] All terms herein have the same meaning as set forth in the Settlement Agreement.



FILED
DEC 0 2 2003
WILLY YATES
CLERK CIRCUIT COURT

attached as Exhibit C. A copy of the list of adult and minor plaintiffs from whom plaintiffs' counsel have obtained signed Releases or on behalf of whom an Order has been entered is attached as Exhibit D.)

Dated: This 2nd day of December, 2003.

*[signature]*
DONALD W. STEWART
Attorney for Plaintiffs
Donald W. Stewart, P.C.
P.O. Box 2274
Anniston, Alabama 36202
(256) 237-9311
(256) 237-0713 (Facsimile)

## CERTIFICATE OF SERVICE

This is to certify that I have this date served counsel for all parties to this action with a copy of the within and foregoing document by hand delivery and/or by facsimile transmission and/or by depositing same in the United States mail in a properly addressed envelope with adequate postage affixed thereon and addressed as follows:

Warren B. Lightfoot, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

This 2nd day of December, 2003.

FILED
DEC 0 2 2003
BILLY YATES
CLERK, CIRCUIT COURT

*[signature]*
DONALD W. STEWART
Attorney for Plaintiffs

-2-