FILED
2010 Jan-28 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA )
)
      Plaintiff, ) Case No. CV-O9-KOB-2423-E
)
v. ) PROOF OF SERVICE
)
James J. Stricker, et al., )
)
)
      Defendants. )
_____)

I hereby certify that I sent a true and correct copy of the United States' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY and MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY, together with the Addendum and Exhibits, to all parties via U.S. Priority Mail to the following parties at the addresses indicated:

J. Mark White
Counsel for American International Group, Inc.
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203

Daniel R. Benson
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

Michael P. Ungaro
Travelers Companies, Inc.
One Tower Square, 8FP
Hartford, CT 06183

James J. Stricker
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

William S. Cox III
Counsel for Pharmacia Corp.
Lightfoot Franklin & White LLC
400 20th Street North
Birmingham, AL 35203

James C. Johnston
Counsel for Johnston Druhan LLP
Johnston Druhan LLP
5 Dauphine Street, Suite 201
Mobile, AL 36602

Julie L. Waters
Solutia, Inc.
575 Maryville Centre
St. Louis, MO 63139

J. Gusty Yearout
Counsel for Donald Barrett, Charles E. Fell, and Charles L. Cunningham
YEAROUT & TRAYLOR PC
3300 Cahaba Road, Suite 300
Birmingham, AL 35223

| | |
|---|---|
| Martin P. Zucker<br>Monsanto Company<br>800 N. Lindbergh Blvd.<br>St Louise, MO 63167 | George P. Ford<br>Counsel for Greg Cusiman and Cusimano, Keener, Roberts, & Raley<br>Ford, Howard & Cornett, P.C.<br>140 South 9th Street<br>Gadsden, AL 35901 |
| Kasowitz, Benson, Torres & Friedman LLP<br>c/o James J. Stricker<br>1633 Broadway, 22nd Floor<br>New York, NY 10019 | Donald W. Stewart<br>Donald W. Stewart P.C.<br>500 Wachovia Bank Bldg.<br>1000 Quintard Avenue<br>Anniston, AL 36201 |

January 28, 2010                         /s/ J. Taylor McConkie
                                                          J. Taylor McConkie
                                                          Attorney for United States