# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: |
| v. | 1:09-cv-02423-KOB |
| JAMES J. STRICKER, ET AL., | |
| Defendants. | |

## MOTION TO DISMISS ON BEHALF OF DEFENDANT OF SOLUTIA INC.

COMES NOW Defendant Solutia Inc. ("Solutia") and, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, hereby moves this Court to dismiss the Complaint, and each and every claim asserted against Solutia therein, on the grounds that the Complaint fails to state a claim upon which relief can be granted.[1]  In support of its Motion, Solutia relies on the Memorandum of Law submitted herewith.

/s/ J. David Moore
Vernon L. Wells (ASB-2950-l35v)
J. David Moore (ASB-8552-r70j)
Kary Bryant Wolfe (ASB-5034-o71k)

Attorneys for Defendant Solutia Inc.

---

[1] Solutia hereby expressly reserves the right to assert in a subsequent filing any and all applicable defenses to the claims against it.

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2010, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George Ford, Esq.
Ford, Howard, Cornett, P.C.
140 South 9th Street
P. O. Box 388
Gadsden, AL 35902

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

J. Christopher Kohn, Esq.
Ruth A. Harvey, Esq.
Cathy J. Burdette, Esq.
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Matthew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Bradley, Arant, Boult & Cummings, LLP
One Federal Place, 1819 5th Avenue N.
Birmingham, Alabama 35203-2119
mlembke@babc.com

| | |
|---|---|
| William S. Cox, III, Esq.<br>Kevin E. Clark, Esq.<br>Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, Alabama 35203-3200<br>wcox@lightfootlaw.com | J. Mark White, Esq.<br>Augusta Dowd, Esq.<br>White, Arnold & Dowd, P.C.<br>2025 Third Avenue North - Suite 500<br>Birmingham, Alabama 35203<br>mwhite@whitearnolddowd.com |

                                                   /s/ J. David Moore
                                                   Of Counsel