IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| The United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-02423-KOB |
| ) | |
| James J. Stricker, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendant Pharmacia Corporation hereby moves the Court to dismiss the Government's claims against it, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6). In further support of this motion, Pharmacia adopts and incorporates fully by reference herein Defendant Monsanto Company's Motion to Dismiss (Doc. 31) and Defendant Monsanto Company's Brief in Support of Motion to Dismiss (Doc. 32). Pharmacia reserves all applicable defenses to the Government's claims.

Date: <u>February 1, 2010</u>.

<u>/s/William S. Cox</u>

<u>/s/Kevin E. Clark</u>

<u>/s/Wesley B. Gilchrist</u>

Attorneys for Pharmacia Corporation

- 1 -

OF COUNSEL:
William S. Cox
*wcox@lightfootlaw.com*
Kevin E. Clark
*kclark@lightfootlaw.com*
Wesley B. Gilchrist
*wgilchrist@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>1st</u> day of <u>February</u>, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Tony West, Esq., Assistant Attorney General
Cathy J. Burdett, Esq.
J. Christopher Kohn, Esq.
Ruth A. Harvey, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

John T. McConkie, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20005

Joyce White Vance, Esq., United States Attorney
Richard E. O'Neal, Esq., Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
FOR THE NORTHERN DISTRICT OF ALABAMA
1801 4th Avenue North
Birmingham, AL 35203-2101
*Counsel for Plaintiff*
*The United States of America*

Vernon L. Wells, II, Esq.
J. David Moore, Esq.
Kary Bryant Wolfe, Esq.
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
*Counsel for Defendant Solutia Inc.*

J. Mark White, Esq.
Augusta S. Dowd, Esq.
Linda G. Flippo, Esq.

Karen M. Hennecy, Esq.
Andrew C. Allen, Esq.
WHITE, ARNOLD & DOWD, P.C.
2025 3rd Avenue North; Suite 500
Birmingham, Alabama 35203
*Counsel for Defendants Monsanto Company, American International Group, Inc. and Travelers Companies, Inc.*

Matthew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Andrew L. Brasher, Esq.
BRADLEY ARANT BOULT CUMMINGS, LLP
1819 5th Avenue North
Birmingham, AL 35203-2119
*Counsel for Defendant Monsanto Company*

J. Gusty Yearout, Esq.
YEAROUT & TRAYLOR, P.C.
3300 Cahaba Road, Suite 300
Birmingham, AL 35223
*Counsel for Defendants Don Barrett, Charles L. Cunningham, Jr., Cunningham & Fell, PLLC, Charles E. Fell, Jr., and The Barrett Law Firm, PA*

George P. Ford, Esq.
FORD, HOWARD & CORNETT, P.C.
P.O. Box 388
Gadsden, Alabama 35902
*Counsel for Defendants Greg Cusimano
& Cusimano, Keener, Roberts & Raley, P.C.*

Bruce F. Rogers, Esq.
Charles K. Hamilton, Esq.
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
P.O. Box 530886
Birmingham, Alabama 35253
*Counsel for Defendant Johnston Druhan, LLP*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

James J. Stricker
Daniel R. Benson
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, New York 10019

Donald W. Stewart
Donald W. Stewart, P.C.
1000 Quintard Avenue
Anniston, Alabama 36202

The Cody Law Firm, P.C.
Lorna Oaks Professional Center
3141 Lorna Road
Suite 202
Birmingham, Alabama 35216

                /s/Wesley B. Gilchrist
                Of Counsel