FILED
2010 Feb-02 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES J. STRICKER, ET AL.,<br><br>Defendants. | CASE NO.:<br>1:09-cv-02423-KOB |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Vernon L. Wells, II hereby enters an appearance as attorney of record for Solutia Inc.

PLEASE TAKE FURTHER NOTICE that the undersigned attorney of record requests that, without limitation, all notices given or required to be served in this case, be delivered to and served upon:

> Vernon L. Wells, II
> Walston, Wells, & Birchall, LLP
> 1819 5th Avenue North - Suite 1100
> P. O. Box 830642
> Birmingham, Alabama 35203
> Telephone: (205) 244-5287
> Facsimile: (205) 244-5487
> E-Mail: vwells@walstonwells.com

/s/ Vernon L. Wells, II
Vernon L. Wells (ASB-2950-l35v)

Attorneys for Defendant Solutia Inc.

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**J. Mark White, Esq.**
**Augusta S. Dowd, Esq.**
**Andrew C. Allen, Esq.**
**Linda G. Flippo, Esq.**
**Karen M. Hennecy, Esq.**
White Arnold & Dowd, PC
2025 Third Avenue North - Suite 500
Birmingham, AL 35203
mwhite@waadlaw.com
tboackle@waadlaw.com
lflippo@waadlaw.com
khennecy@waadlaw.com

**Kevin E. Clark, Esq.**
**William S. Cox, III, Esq.**
**Wesley B. Gilchrist, Esq.**
Lightfoot Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
kclark@lfwlaw.com
wcox@lfwlaw.com
wgilchrist@lfwlaw.com

**Matthew H. Lembke, Esq.**
**Andrew L. Brasher, Esq.**
**Ty E. Dedmon, Esq.**
Bradley Arant Boult & Cummings, LLP
One Federal Place - 7th Floor
1819 Fifth Avenue North
Birmingham, AL 35283-0709
mlembke@babc.com
abrasher@babc.com
tdedmon@babc.com

**George P. Ford, Esq.**
Ford Howard & Cornett PC
P. O. Box 388
Gadsden, AL 35902
george@fordhowardcornett.com

Bruce F. Rogers, Esq.
Charles K. Hamilton, Esq.
Bainbridge Mims Rogers & Smith LLP
600 Luckie Drive, Suite 415
P. O. Box 530886
Birmingham, AL 35253
brogers@bainbridgemims.com
khamilton@bainbridgemims.com

John T. McConkie, Esq.
U S Department of Justice
1100 L Street, NW
Washington, DC 20005
John.T.McConkie@usdoj.gov

M. Todd Lowther, Esq.
Teresa G. Minor, Esq.
Balch & Bingham,LLP
1901 Sixth Avenue North, Suite 2700
P. O. Box 306
Birmingham, AL 35201-0306
tlowther@balch.com
tminor@balch.com

Richard E. O'Neal, Esq.
Joyce White Vance, Esq.
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203-2101
richard.o'neal@usdoj.gov
joyce.vance@usdoj.gov

J. Gusty Yearout, Esq.
Yearout & Traylor PC
3300 Cahaba Road, Suite 300
Birmingham, AL 35223
uscourts@yearout.net

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

J. Christopher Kohn, Esq.
Ruth A. Harvey, Esq.
Cathy J. Burdette, Esq.
U S Depart. of Justice - Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

/s/ *Vernon L. Wells, II*
**Of Counsel**