

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 1:09-cv-02423-KOB |
| ) | |
| JAMES J. STRICKER, et. al., ) | |
| ) | |
|     DEFENDANTS. ) | |
| ) | |

## MOTION TO DISMISS

Come the Defendants, **Don Barrett, The Barrett Law Firm, PA, Charles E. Fell, Jr., Charles Cunningham, Jr, and Cunningham & Fell, PLLC**, by counsel, pursuant to FRCP 12(b)(6)&(8) and file this Motion to Dismiss on the basis that the Complaint fails to state a claim upon which relief can be granted. Attached to this Motion, the Court will find a Memorandum in support of the Defendant's Motion to Dismiss.

                                                      Respectfully submitted,

                                                      /s/ J. Gusty Yearout

J. GUSTY YEAROUT
YEAROUT & TRAYLOR, P.C.
3300 Cahaba Road
Suite 300
Birmingham, AL  35223
Telephone:  205.414.8160
Facsimile:   205.414.8199
gyearout@yearout.net
ATTORNEY FOR DEFENDANTS,
**Don Barrett, The Barrett Law Firm, PA, Charles E. Fell, Jr., Charles Cunningham, Jr, and Cunningham & Fell, PLLC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2010, I electronically filed the foregoing Motion to Dismiss, Memorandum in Support of the Motion to Dismiss, and Exhibits with the Clerk of the Court using the CM/ECF system, which will send an electronic notification of such filing to the following:

Tony West, Assistant Attorney General
Cathy J. Burdett, Esq.
J. Christopher Kohn, Esq.
Ruth A. Harvey, Esq.
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C.  20044

John T. McConkie, Esq.
United States Department of Justice
1100 L Street, NW
Washington, DC  20005

Joyce White Vance, Esq., United States Attorney
Richard E. O'Neal, Esq., Assist United States Attorney
United States Attorney's Office for the Northern District of Alabama
1801 4th Avenue North
Birmingham, AL  35203-2101
*Counsel for Plaintiff The United States of America*

Vernon L. Wells, II, Esq.
J.David Moore, Esq.
Kary Bryant Wolfe, Esq.
Walston, Wells & Birchall, LLP
P.O. Box 830642
Birmingham, AL  35283-0642
*Counsel for Defendant Solutia Inc.*

William S. Cox, III, Esq.
Kevin E. Clark, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203-3200

J. Mark White, Esq.
Augusta S. Dowd, Esq.
Linda G. Flippo, Esq.
Karen M. Hennecy, Esq.
Andrew C. Allen, Esq.
White Arnold & Dowd, P.C.
2025 3rd Avenue North, Suite
Birmingham, AL  35203
*Counsel for Monsanto Company, AIG and Travelers Companies, Inc.*

Mathew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Andrew L. Brasher, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL  35203
Counsel for Monsanto

George P. Ford, Esq.
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, AL  35902
*Counsel for Greg Cusimano & Cusimano, Keener, Roberts & Raley, P.C.*

Bruce F. Rogers, Esq.
Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith, LLP
600 Luckie Drive, Suite 415
P.O. Box 530886
Birmingham, AL  35253
*Counsel for Defendant Johnston Druhan, LLP*

Teresa G. Minor
M. Todd Lowther
Balch & Bingham LLP
1901 Sixth Avenue North
P.O. Box 306
Birmingham, AL  35201
*Counsel for Stricker, Benson, Stewart and Kasowitz Benson*

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM-ECF participants:

The Cody Law Firm, P.C.
Lorna Oaks Professional Center
3141 Lorna Road, Suite 202
Birmingham, AL  35216

                                              /s/ J. Gusty Yearout
                                              OF COUNSEL