# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CV-09-BE-2423-E |
| | ) |
| JAMES J. STRICKER, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

## DEFENDANT MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Defendant Monsanto Company ("Monsanto"), pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4, discloses that it is a publicly traded company that does not have a parent, subsidiary or affiliated company that has issued securities to the public. Additionally, there is no publicly traded company that holds 10% or more of its stock.

Respectfully submitted this the 3rd day of February, 2010.

s/ Matthew H. Lembke
One of the Attorneys for Defendant
Monsanto Company

1

OF COUNSEL:

J. Mark White
Augusta S. Dowd
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
205-323-1888

Matthew H. Lembke
Ty E. Dedmon
Andrew L. Brasher
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205-521-8000

## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Cathy J. Burdette
J. Christopher Kohn
Ruth A. Harvey
US DEPARTMENT OF JUSTICE, CIVIL DIVISION
Ben Franklin Station
PO Box 875
Washington , DC 20044
202-616-2316
Fax: 202-514-9163
cathy.burdette@usdoj.gov

Joyce White Vance
Richard E. O'Neal
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham , AL 35203-2101
1-205-244-2001
Fax: 1-205-244-2175
joyce.vance@usdoj.gov
Richard.O'Neal@usdoj.gov

John T. McConkie
UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington , DC 20005
202-307-0244
Fax: 202-307-0494
John.T.McConkie@usdoj.gov

J. Gusty Yearout
Yearout & Traylor, PC
3300 Cahaba Road
Suite 300
Birmingham, Alabama 35223
gyearout@yearout.net
Counsel for:
*Don Barrett*
*The Barrett Law Firm, PA*
*Charles E. Fell, Jr.*
*Charles Cunningham, Jr.*
*Cunningham & Fell PLLC*

George P. Ford
Ford, Howard & Cornett, PC
PO Box 388
Gadsden , AL 35902
256-546-5432
Fax: 256-546-5435
george@fordhowardcornett.com
Counsel for:
*Cusimano, Keener, Roberts & Raley, PC*

*Greg Cusimano*

William S. Cox, III
Kevin E. Clark
Wesley B. Gilchrest
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0700
Counsel for:
*Pharmacia Corporation*

Vernon L. Wells, II
J. David Moore
Walston Wells & Birchall, LLP
One Federal Place
1819 Fifth Avenue South
Suite 1100
Birmingham, AL 35203
Counsel for:
*Solutia Inc*.

J. Mark White
Augusta S. Dowd
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
205-323-1888
Counsel for:
*Monsanto Company*
*American International Group, Inc.*
*Travelers Indemnity Company*

Teresa G. Minor
M.Todd Lowther
Balch & Bingham LLP
1901 Sixth Avenue North (35203)
P.O. Box 306
Birmingham, Alabama 35201-0306

205-251-8100
Counsel for:
*Kasowitz, Benson, Torres & Friedman LLP*
*Daniel R. Benson*
*James J. Stricker*
*Donald W. Stewart*

Bruce F. Rogers
Charles K. Hamilton
Bainbridge, Mims, Rogers & Smith LLP
Suite 415 – The Luckie Building
600 Luckie Drive
P.O. Box 530886
Birmingham, Alabama 35253
Counsel for:
*Johnston Druhan, LLP*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

The Cody Law Firm, PC
Lorna Oaks Professional Center
3141 Lorna Rd.
Suite 202
Birmingham, Alabama 35216

           s/ Matthew H. Lembke
           Matthew H. Lembke