IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| v. | ] CV-09-BE-2423-E |
| JAMES J. STRICKER, et al., | ] |
| Defendants. | ] |

**ORDER**

The following motions have been filed in this case, and the court ORDERS as indicated:

1. Defendants' Motion for Extension of Time to File Response to Plaintiff's Complaint (doc. 22) filed by Defendants Don Barrett; The Barrett Law Firm, PA; Charles E. Fell, Jr.; Charles Cunningham, Jr.; and Cunningham & Fell, PLLC is MOOT with the filing of their motion to dismiss on February 2, 2010 (doc. 46).

2. Motion to Extend Time to File Responsive Pleading (doc. 30) filed by Defendants Travelers Companies, Inc., d/b/a The Travelers Indemnity Company and American International Group, Inc. is GRANTED IN PART. The responsive pleading is due on or before **March 5, 2010**.

3. The following Defendants filed Motions to Dismiss: Defendant Monsanto Company (doc. 31); Defendant Solutia Inc. (doc. 35); Defendant Pharmacia Corporation (doc. 37); Defendants James J. Stricker, Daniel R. Benson, Donald W. Stewart, and Kasowitz, Benson, Torres and Friedman LLP (doc. 40); and Defendants Don Barrett, The Barrett Law Firm, PA, Charles E. Fells, Jr., Charles

Cunningham, Jr., and Cunningham & Fell, PLLC (doc. 46).

The court ORDERS the following briefing schedule: Plaintiff's response to these Motions to Dismiss is due on or before **February 24, 2010**; Defendants' reply briefs are due on or before **March 10, 2010**. All submissions should comply with "Appendix II" available on the court's website at www.alnd.uscourts.gov under the court information for Judge Bowdre. If Plaintiff desires to file one joint reply brief, such brief should not exceed forty pages.

4. Briefing in response to Plaintiff's Motion for Partial Summary Judgment on Liability (doc. 23) is SUSPENDED pending resolution of Defendants' Motions to Dismiss.

DONE and ORDERED this 3rd day of February 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE