IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| The United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-02423-KOB |
| ) | |
| James J. Stricker, et al., ) | |
| ) | |
| Defendants. ) | |

## PHARMACIA CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4, Defendant Pharmacia Corporation discloses that it is a wholly-owned subsidiary of Pfizer Inc., which is publicly traded on the New York Stock Exchange (Ticker: PFE).

/s/Wesley B. Gilchrist
One of the Attorneys for
Pharmacia Corporation

- 1 -

OF COUNSEL:
William S. Cox (COX018)
*wcox@lightfootlaw.com*
Kevin E. Clark (CLA072)
*kclark@lightfootlaw.com*
Wesley B. Gilchrist (GIL066)
*wgilchrist@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the Alafile system, which will send electronic notification of such filing to the following:

Tony West, Esq., Assistant Attorney General
Cathy J. Burdett, Esq.
J. Christopher Kohn, Esq.
Ruth A. Harvey, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

John T. McConkie, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20005

Joyce White Vance, Esq., United States Attorney
Richard E. O'Neal, Esq., Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
FOR THE NORTHERN DISTRICT OF ALABAMA
1801 4th Avenue North
Birmingham, AL 35203-2101
*Counsel for Plaintiff*
*The United States of America*

Vernon L. Wells, II, Esq.
J. David Moore, Esq.
Walston, Wells & Birchall, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
*Counsel for Defendant Solutia Inc.*

J. Mark White, Esq.
Augusta S. Dowd, Esq.
White, Arnold & Dowd, P.C.
2025 3rd Avenue North; Suite 500
Birmingham, Alabama 35203
*Counsel for Monsanto Company, American*
*International Group, Inc., Travelers Indemnity Company*

Matthew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Andrew L. Brasher, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL 35203-2119
*Counsel for Defendant Monsanto Company*

George P. Ford, Esq.
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, Alabama 35902
*Counsel for Defendants Greg Cusimano*
*& Cusimano, Keener, Roberts & Raley, P.C.*

J. Gusty Yearout, Esq.
Yearout & Traylor, PC
330 Cahaba Road
Suite 300
Birmingham, Alabama 35223
*Counsel for Don Barrett & The Barrett Law Firm, PA,*
*Charles E. Fell, Jr., Charles Cunningham, Jr.,*
*And Cunningham & Fell PLLC*

Bruce F. Rogers, Esq.
Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith LLP
Suite 415 – The Luckie Building
600 Luckie Drive
P.O. Box 530886
Birmingham, Alabama 35352
*Counsel for Johnston Druhan, LLP*

Teresa Minor, Esq.
M. Todd Lowther, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North
P.O. Box 306
Birmingham, Alabama 35201-0306
*Counsel for Kasowitz, Benson, Torres & Friedman LLP,*
*Daniel R. Benson, James J. Stricker, Donald W. Stewart*

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM-ECF participants:

The Cody Law Firm, P.C.
Lorna Oaks Professional Center
3141 Lorna Road; Suite 202
Birmingham, Alabama 35216

/s/Wesley B. Gilchrist
Of Counsel