# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: |
| v. | 1:09-cv-02423-KOB |
| JAMES J. STRICKER, ET AL., | |
| Defendants. | |

## DEFENDANT SOLUTIA INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Solutia Inc. ("Solutia"), pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4, discloses that it is a publicly traded corporation that does not have a parent, subsidiary or affiliated company that has issued shares or debt securities to the public, and that no publicly held corporation holds 10% or more of its stock.

Solutia's general purpose is the development, manufacture, and sale of specialty chemical products.

Respectfully submitted this the 4th day of February, 2010.

> */s/ J. David Moore*
> J. David Moore (ASB-8552-r70j)
>
> Attorneys for Defendant Solutia Inc.

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**J. Mark White, Esq.**
**Augusta S. Dowd, Esq.**
**Andrew C. Allen, Esq.**
**Linda G. Flippo, Esq.**
**Karen M. Hennecy, Esq.**
White Arnold & Dowd, PC
2025 Third Avenue North - Suite 500
Birmingham, AL 35203
mwhite@waadlaw.com
tboackle@waadlaw.com
lflippo@waadlaw.com
khennecy@waadlaw.com

**Matthew H. Lembke, Esq.**
**Andrew L. Brasher, Esq.**
**Ty E. Dedmon, Esq.**
Bradley Arant Boult & Cummings, LLP
One Federal Place - 7th Floor
1819 Fifth Avenue North
Birmingham, AL 35283-0709
mlembke@babc.com
abrasher@babc.com
tdedmon@babc.com

**Kevin E. Clark, Esq.**
**William S. Cox, III, Esq.**
**Wesley B. Gilchrist, Esq.**
Lightfoot Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
kclark@lfwlaw.com
wcox@lfwlaw.com
wgilchrist@lfwlaw.com

**George P. Ford, Esq.**
Ford Howard & Cornett PC
P. O. Box 388
Gadsden, AL 35902
george@fordhowardcornett.com

| | |
|---|---|
| **Bruce F. Rogers, Esq.**<br>**Charles K. Hamilton, Esq.**<br>Bainbridge Mims Rogers & Smith LLP<br>600 Luckie Drive, Suite 415<br>P. O. Box 530886<br>Birmingham, AL 35253<br>brogers@bainbridgemims.com<br>khamilton@bainbridgemims.com | **M. Todd Lowther, Esq.**<br>**Teresa G. Minor, Esq.**<br>Balch & Bingham,LLP<br>1901 Sixth Avenue North, Suite 2700<br>P. O. Box 306<br>Birmingham, AL 35201-0306<br>tlowther@balch.com<br>tminor@balch.com |
| **John T. McConkie, Esq.**<br>U S Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>John.T.McConkie@usdoj.gov | **Richard E. O'Neal, Esq.**<br>**Joyce White Vance, Esq.**<br>US Attorney's Office<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101<br>richard.o'neal@usdoj.gov<br>joyce.vance@usdoj.gov |
| **J. Gusty Yearout, Esq.**<br>Yearout & Traylor PC<br>3300 Cahaba Road, Suite 300<br>Birmingham, AL 35223<br>uscourts@yearout.net | |

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

**J. Christopher Kohn, Esq.**
**Ruth A. Harvey, Esq.**
**Cathy J. Burdette, Esq.**
U S Depart. of Justice - Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

               */s/ J. David Moore*
               **Of Counsel**