# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

THE UNITED STATES OF AMERICA,      )

     PLAINTIFF,                                )

VS.                                                        ) CASE NO:  CV-09-PT-2423-E

JAMES J. STRICKER, ET AL.,               )

     DEFENDANTS.                          )

## <u>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CUSIMANO, KEENER, ROBERTS & RALEY, P.C.</u>

Defendant Cusimano, Keener, Roberts & Raley, P.C., pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4, discloses that it is a private, non-publicly traded professional corporation, with no parent companies, subsidiaries, or affiliates that have issued shares or debt securities to the public.  Specifically, the shareholders of the professional corporation are:  Gregory Cusimano; Larry H. Keener; Michael L. Roberts; and Emily H. Raley.

<u>s/George P. Ford</u>
George P. Ford, Attorney for Defendant
Cusimano, Keener, Roberts & Raley, P.C.
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, AL 35902
(256) 546-5432
ASB#4179-066g

I hereby certify that on this 11th day of February, 2010, I electronically filed

the foregoing with the Clerk of the Court under the CM/ECF system which will

send notification of such filing to the following:

J. Christopher Kohn, Esquire
Ruth A. Harvey, Esquire
Cathy J. Burdette, Esquire
US DEPARTMENT OF JUSTICE, CIVIL DIVISION
Ben Franklin Station
P.O. Box 875
Washington, DC 20044

Joyce White Vance, Esquire, United States Attorney
Richard E. O'Neal, Esquire, Assistant United States Attorney
US ATTORNEY'S OFFICE
1801 4th Avenue, North
Birmingham, AL 35203-2101

John T. McConkie, Esquire
US DEPARTMENT OF JUSTICE
1100 L. Street, NW
Washington, DC 20005

J. Gusty Yearout, Esquire
Yearout & Traylor, P.C.
3500 Cahaba Road, Suite 300
Birmingham, AL 35223

William S. Cox, Esquire
Kevin E. Clark, Esquire
Wesley B. Gilchrest, Esquire
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Vernon L. Wells, II, Esquire
J. David Moore, Esquire
Watson, Wells & Birchall, LLP
One Federal Place
1819 Fifth Avenue South
Suite 1100
Birmingham, AL 35202

J. Mark White, Esquire
Augusta S. Dowd, Esquire
White Arnold & Dowd, P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203

Teresa G. Minor, Esquire
M. Todd Lowther, Esquire
Balch & Bingham, LLP
P.O. Box 306
1901 Sixth Avenue North
Birmingham, AL 35201-0306

Bruce F. Rogers, Esquire
Charles K. Hamilton, Esquire
Bainbridge, Mims, Rogers & Smith, LLP
Suite 415 – The Luckie Building
600 Luckie Drive
P.O. Box 530886
Birmingham, AL 35253

Matthew H. Lembke, Esquire
Ty E. Dedmon, Esquire
Andrew L. Brasher, Esquire
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

and I hereby certify that I have mailed by United States Postal Service the document
to the following non-CM/ECF participants:

The Cody Law Firm, PC
Lorna Oaks Professional Center
3141 Lorna Road
Suite 202
Birmingham, AL 35216


s/George P. Ford
Of Counsel