# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THE UNITED STATES ) <br> OF AMERICA, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> James J. Stricker; Daniel R. Benson; ) <br> Kasowitz, Benson, Torres & ) <br> Friedman, LLP; Donald W. Stewart ) <br> d/b/a as Donald W. Stewart, PC; ) <br> Don Barrett; The Barrett Law Firm, ) <br> PA; Charles E. Fell, Jr.; Charles L. ) <br> Cunningham, Jr.; Cunningham & ) <br> Fell, PLLC; Johnston Druhan, LLP; ) <br> Greg Cusimano; Cusimano, Keener, ) <br> Roberts & Raley, P.C; The Cody ) <br> Law Firm, PC; Monsanto Company; ) <br> Solutia, Inc.; Pharmacia Corporation; ) <br> Travelers Companies, Inc., d/b/a The ) <br> Travelers Indemnity Company; ) <br> American International Group, Inc., ) <br>  ) <br>  ) <br> Defendants. ) | Civil Action No. <br> CV-09-KOB-2423-E |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**
**WITH RESPECT TO MOTIONS TO DISMISS**

Comes now the Plaintiff United States, and moving Defendants Solutia,

Inc., Monsanto, Inc., Pharmacia Corporation, James J. Stricker, Daniel R. Benson,

1

Kasowitz, Benson, Torres & Friedman, LLP, Donald W. Stewart, Charles E. Fell, Jr., Charles L. Cunningham, Jr., Cunningham & Fell, PLLC, Don Barrett, and the Barrett Law Firm, and jointly request that this Honorable Court extend the briefing schedule on the Motions to Dismiss filed by the above moving Defendants on the following grounds:

1. The federal government was shut down unexpectedly in Washington, D.C. for four days from February 8 to February 11 due to the effects of two massive snowstorms.

2. Prior to the weather-caused government shutdown, the Court ordered that the United States' responses to five motions to dismiss filed by various defendants were to be filed by February 24, 2010.

3. The United States respectfully requests that the Court extend the time for the United States to respond to allow it the same amount of time to respond as originally provided in the Court's February 3, 2010 order, or until March 2, 2010.

4. The moving Defendants therefore request a corresponding extension to reply until March 16, 2010.

5. No party will be prejudiced and the cause of justice will be served by the granting of this motion.

Dated: February 17, 2010

On behalf of the United States:    /s/ *Cathy J. Burdette*
CATHY J. BURDETTE
J. TAYLOR MCCONKIE
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2316
Facsimile: (202) 514-9163
Cathy.Burdette@usdoj.gov
JohnT.McConkie@doj.gov

On behalf of James L. Stricker;
Daniel R. Benson; Kasowitz, Benson,
Torres & Friedman, LLP; and,
Donald W. Stewart d/b/a
as Donald W. Stewart, PC:    /s/ *M. Todd Lowther*
Teresa G. Minor
M. Todd Lowther
BALCH & BINGHAM LLP
1901 Sixth Avenue North (35203)
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
tminor@balch.com
tlowther@balch.com

On behalf of Don Barrett,
The Barrett Law Firm, PA,
Charles E. Fell, Jr.,
Charles L. Cunningham, Jr.,
Cunningham & Fell, PLLC:   /s/ *J. Gusty Yearout*
J. Gusty Yearout
Yearout & Traylor, PC
3300 Cahaba Road, Suite 300
Birmingham, AL 35223
Telephone: (205) 414-8160
Facsimile: (205) 414-8199
gyearout@yearout.net

On behalf of Solutia, Inc.:   */s/ J. David Moore*
Vernon L. Wells, II
J. David Moore
Kary B. Wolfe
Walston Wells & Birchall, LLP
1819 5th Ave. North, Suite 1100
Birmingham, AL 35203
dmoore@walstonwells.com

On behalf of Pharmacia
Corporation:   */s/ William S. Cox III*
William S. Cox III
Kevin E. Clark
Wesley B. Gilchrist
Lightfoot, Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
Telephone: (205) 581-0747
Facsimile: (205) 380-9147
Wcox@lightfootlaw.com

On behalf of Monsanto Company

/s/ Matthew H. Lembke
Matthew H. Lembke
Ty E. Dedmon
Andrew L. Brasher
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205-521-8000

J. Mark White
Augusta S. Dowd
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
205-323-1888