**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CV-09-BE-2423-E |
| ) | |
| **JAMES J. STRICKER, et al.,** ) | **UNOPPOSED** |
| ) | |
| **Defendants.** ) | |

**MOTION TO EXTEND TIME
TO FILE RESPONSIVE PLEADING**

COME NOW, Defendants The Travelers Indemnity Company, (incorrectly named as Travelers Companies, Inc. d/b/a The Travelers Indemnity Company), and American International Group, Inc., ("Defendants") by and through their counsel of record and respectfully move this Court to enter an Order extending the time to file responsive pleadings by thirty (30) days, and as grounds for that motion states as follows:

1.  Defendants originally moved this Court on February 1, 2010 (Doc. #30) for a 60-day extension to file a responsive pleading. Defendants' motion was unopposed.

1

2. This Court, by Order dated February 3, 2010 (Doc. #49) granted Defendants' motion in part, ordering that responsive pleadings from these Defendants were due on or about March 5, 2010.

3. These Defendants and the United States of America are attempting in good faith to make determinations as to whether or not these Defendants should remain as parties to this litigation. Toward that end, the parties have attempted to schedule a meeting in Washington, D.C. to discuss this issue. However, due to massive snowstorms in Washington, D.C., which shut down the offices of the United States government for four days in February, as well as scheduling conflicts, the parties have not been able to meet. The parties expect to meet during the month of March.

4. Counsel for Defendants has communicated with Counsel for Plaintiff United States and Counsel for Plaintiff has agreed to the requested extension set forth in this pleading.

5. The requested extension would not materially or substantially alter the progress of the case but would, instead, meet the goals of justice and judicial economy.

WHEREFORE PREMISES CONSIDERED, Defendants Travelers Companies, Inc., d/b/a The Travelers Indemnity Company, and American International Group, Inc., respectfully request this Court to enter an Order extending the time to file responsive pleadings in this matter thirty (30) days from March 5, 2010 to April 5, 2010.

Respectfully submitted,

_____/s/ *Augusta S. Dowd*_____
Augusta S. Dowd (ASB-5274-D58A)
One of the Attorneys for The Travelers
Indemnity Company and American
International Group, Inc.

OF COUNSEL:
White Arnold & Dowd P.C.
J. Mark White, Esq.
Augusta S. Dowd, Esq.
Andrew C. Allen, Esq.
Karen M. Hennecy, Esq.
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
E-mail: mwhite@whitearnolddowd.com
E-mail: adowd@whitearnolddowd.com
E-mail: aallen@whitearnolddowd.com
E-mail: khennecy@whitearnolddowd.com

# CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tony West, Esq.
Joyce White Vance, Esq.
Richard E. O'Neal, Esq.
J. Christopher Kohn, Esq.
Cathy J. Burdett, Esq.
Ruth A. Harvey, Esq.
U.S. Department of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Vernon L. Wells, II, Esq.
J. David Moore, Esq.
Kary B. Wolfe, Esq.
Walston, Wells & Birchall, LLP
P. O. Box 830642
Birmingham, AL 35283

William S. Cox, Esq.
Keven E. Clark, Esq.
Wesley B. Gilchrist, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

George P. Ford, Esq.
Ford, Howard & Cornett, PC
P. O. Box 388
Gadsden, AL 35902

Matthew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Andrew L. Brasher, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL 35203

Charles K. Hamilton, Esq.
Bruce F. Rogers, Esq.
Bainbridge, Mims, Rogers & Smith, L.L.P.
Suite 415 – The Luckie Building
600 Luckie Drive
P. O. Box 530996
Birmingham, AL 35253

J. Gusty Yearout, Esq.
Yearout & Traylor
3300 Cahaba Road, Suite 300
Birmingham, AL 35223

John T. McConkie, Esq.
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

M. Todd Lowther, Esq.
Teresa G. Minor, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North
Birmingham, AL 35203

       ____/s/ *Augusta S. Dowd*_____
         OF COUNSEL