IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| James J. Stricker, et al. | ) ) ) ) | Civil Action No. CV-09-KOB-2423-E |
| Defendants. | ) | |

## MOTION TO EXTEND DEADLINE FOR RULE 26(f) CONFERENCE PENDING RESOLUTION OF MOTIONS TO DISMISS

Comes now the Plaintiff United States and respectfully requests that this Honorable Court extend deadline for the Fed. R. Civ. P. 26(f) conference among the parties on the following grounds:

    1. Pursuant to this Court's January 19, 2010 ALND Uniform Initial Order Governing All Further Proceedings, the Parties were to have conducted the Fed. R. Civ. P. 26(f) conference no later than 45 days after the first defendant answered, or March 5, 2010.

    2. Five Motions to Dismiss by various defendants were filed on February 1

1

and 2, 2010. Under the current scheduling order, the deadline for the Rule 26(f) conference precedes the filing of reply briefs and the Court's ruling on the Motions to Dismiss, which materially limits the utility of any Rule 26(f) conference.

3. Because of the pendency of these Motions, the United States respectfully requests that the Court extend the time for the parties to meet until 10 days after this Court's order on the Defendants' Motions to Dismiss.

4. No party will be prejudiced and the cause of justice will be served by the granting of this motion.

Dated: March 5, 2010

On behalf of the United States:

/s/ *Cathy J. Burdette*
CATHY J. BURDETTE
J. TAYLOR MCCONKIE
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2316
Facsimile: (202) 514-9163
Cathy.Burdette@usdoj.gov
JohnT.McConkie@doj.gov

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Motion to Extend was served on March 5, 2010, by electronic service through the Court's Electronic Case Filing ("ECF") system.

                                        /s/ J. Taylor McConkie