FILED
2010 May-05  PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**JAMES J. STRICKER, et al.,** )<br>)<br>**Defendants.** ) | CV-09-be-2423-E |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned respectfully moves this Court for admission *pro hac vice* of Carol Connor Cohen, Caroline Turner English, Donald H. Romano, and Lindsay S.C. Brinton in the above-styled case.  As grounds for this motion, the undersigned show as follows:

    1.    Arent Fox, LLP has been retained by Defendants Monsanto Company and American International Group, Inc. and subsidiaries to represent them in connection with this action.

    2.    Carol Connor Cohen, Caroline Turner English, Donald H. Romano, and Lindsay S.C. Brinton are attorneys at the firm of Arent Fox, LLP, with offices at 1050 Connecticut Avenue, NW, Washington, DC 20036, (202) 857-6000 (telephone), (202) 857-6395 (facsimile).

    3.    Carol Connor Cohen is qualified, admitted, and licensed to practice before the District of Columbia and the State of Ohio.

4. Caroline Turner English is qualified, admitted, and licensed to practice before the District of Columbia and the State of Virginia.

5. Donald H. Romano is qualified, admitted, and licensed to practice before the District of Columbia, and the States of Massachusetts and Maryland.

6. Lindsay S.C. Brinton is qualified, admitted, and licensed to practice before the State of Missouri.

7. Carol Connor Cohen, Caroline Turner English, Donald H. Romano, and Lindsay S.C. Brinton have never been disciplined or otherwise disqualified from the practice of law nor has an application for their *pro hac vice* admission in a case been denied.

8. A member of this Court's bar, Augusta S. Dowd, will appear with Carol Connor Cohen, Caroline Turner English, Donald H. Romano, and Lindsay S.C. Brinton as co-counsel in this action.

9. Carol Connor Cohen, Caroline Turner English, Donald H. Romano, and Lindsay S.C. Brinton do not regularly engage in the practice of law in the State of Alabama.

Therefore, the undersigned respectfully requests that Carol Connor Cohen, Caroline Turner English, Donald H. Romano, and Lindsay S.C. Brinton be admitted to practice *pro hac vice* before this Court.

DATED: May 5, 2010

        Respectfully submitted,

        /s/ *Augusta S. Dowd*
        Augusta S. Dowd (ASB-5274-D58A)
        One of the Attorneys for Monsanto Company and
        American International Group, Inc. and
        subsidiaries

**OF COUNSEL**:

WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
E-mail: adowd@whitearnolddowd.com

        /S/ Carol Connor Cohen
        Attorney for Monsanto Company and
        American International Group, Inc. and
        subsidiaries

        **Application for *Pro Hac Vice* Pending**

Carol Connor Cohen
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Tel: (202) 857-6054
Fax: (202) 857-6395
E-mail: cohen.carol@arentfox.com

3

        /S/  Caroline Turner English
        Attorney for Monsanto Company and
        American International Group, Inc. and
        subsidiaries

        **Application for *Pro Hac Vice* Pending**

Caroline Turner English
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Tel: (202) 857-6178
Fax: (202) 857-6395
E-mail: english.caroline@arentfox.com

        /S/  Donald H. Romano
        Attorney for Monsanto Company and
        American International Group, Inc. and
        subsidiaries

        **Application for *Pro Hac Vice* Pending**

Donald H. Romano
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Tel: (202) 715-8407
Fax: (202) 857-6395
E-mail: romano.donald@arentfox.com

        /S/  Lindsay S.C. Brinton
        Attorney for Monsanto Company and
        American International Group, Inc. and
        subsidiaries

        **Application for *Pro Hac Vice* Pending**

Lindsay S.C. Brinton
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Tel: (314) 721-3218
Fax: (202) 857-6395
E-mail: brinton.lindsay@arentfox.com


**OF COUNSEL:**

BRADLEY ARANT BOULT CUMMINGS LLP
Matthew H Lembke
Ty E Dedmon
Attorneys for Monsanto Company
PO Box 830709
Birmingham, AL 35283-0709
205-521-8000
Fax: 488-6560
Email: mlembke@babc.com
Email: tdedmon@babc.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tony West, Esq.
Joyce White Vance, Esq.
Richard E. O'Neal, Esq.
J. Christopher Kohn, Esq.
Cathy J. Burdett, Esq.
Ruth A. Harvey, Esq.
U.S. Department of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Vernon L. Wells, II, Esq.
J. David Moore, Esq.
Kary B. Wolfe, Esq.
Walston, Wells & Birchall, LLP
P. O. Box 830642
Birmingham, AL 35283

William S. Cox, Esq.
Keven E. Clark, Esq.
Wesley B. Gilchrist, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

George P. Ford, Esq.
Ford, Howard & Cornett, PC
P. O. Box 388
Gadsden, AL 35902

Matthew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Andrew L. Brasher, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL 35203

Charles K. Hamilton, Esq.
Bruce F. Rogers, Esq.
Bainbridge, Mims, Rogers & Smith, L.L.P.
Suite 415 – The Luckie Building
600 Luckie Drive
P. O. Box 530996
Birmingham, AL 35253

J. Gusty Yearout, Esq.
Yearout & Traylor
3300 Cahaba Road, Suite 300
Birmingham, AL 35223

John T. McConkie, Esq.
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

M. Todd Lowther, Esq.
Teresa G. Minor, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North
Birmingham, AL 35203


                                                /s/ *Augusta S. Dowd*
                                                OF COUNSEL