FILED

2010 May-05  PM 05:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CV-09-BE-2423-E** |
| | ) | |
| **JAMES J. STRICKER, et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

### DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC.'S AND THE TRAVELERS COMPANIES, INC.'S MOTION TO DISMISS COUNTS III AND IV

Defendants American International Group, Inc. ("AIG") and The Travelers Companies, Inc. ("Travelers") (collectively, "Movants") move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counts III and IV of the Complaint for failure to state a claim upon which relief can be granted. This Motion is based upon the Complaint, the exhibits attached thereto, and Movants' Brief in Support of their Motion to Dismiss, which is being filed contemporaneously with this Motion.  As discussed more fully in Movant's brief, Counts III and IV of the Complaint should be dismissed for the following reasons:

1.      Neither of the Movants is a proper party to this action as they are holding companies, not insurance companies, and paid no monies to anyone, pursuant to insurance policies or otherwise;

2.      Counts III and IV are barred by the statute of limitations; and

3.      Counts III and IV lack sufficient factual allegations to state a plausible claim under the Medicare Secondary Payer Act.

For these reasons, Movants respectfully request that this Court grant their Motion to Dismiss.

DATED:  May 5, 2010

Respectfully submitted,

/S/ *Augusta S. Dowd*
Augusta S. Dowd (ASB-5274-D58A)
One of the Attorneys for The Travelers
Companies, Inc. and American International
Group, Inc.

**<u>OF COUNSEL</u>**:

J. Mark White
Augusta S. Dowd
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
E-mail: adowd@whitearnolddowd.com

/S/  *Carol Connor Cohen*
One of the Attorneys for American
International Group, Inc.

Application for *Pro Hac Vice* Pending

**OF COUNSEL:**

Carol Connor Cohen
Donald H. Romano
Caroline Turner English
Lindsay S.C. Brinton
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Tel:  (202) 857-6000
Fax:  (202) 857-6395

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tony West, Esq.
Joyce White Vance, Esq.
Richard E. O'Neal, Esq.
J. Christopher Kohn, Esq.
Cathy J. Burdett, Esq.
Ruth A. Harvey, Esq.
U.S. Department of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Vernon L. Wells, II, Esq.
J. David Moore, Esq.
Kary B. Wolfe, Esq.
Walston, Wells & Birchall, LLP
P. O. Box 830642
Birmingham, AL 35283

William S. Cox, Esq.
Keven E. Clark, Esq.
Wesley B. Gilchrist, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

George P. Ford, Esq.
Ford, Howard & Cornett, PC
P. O. Box 388
Gadsden, AL 35902

Matthew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Andrew L. Brasher, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL 35203

Charles K. Hamilton, Esq.
Bruce F. Rogers, Esq.
Bainbridge, Mims, Rogers & Smith, L.L.P.
Suite 415 – The Luckie Building
600 Luckie Drive
P. O. Box 530996
Birmingham, AL 35253

J. Gusty Yearout, Esq.
Yearout & Traylor
3300 Cahaba Road, Suite 300
Birmingham, AL 35223

John T. McConkie, Esq.
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

M. Todd Lowther, Esq.
Teresa G. Minor, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North
Birmingham, AL 35203

/s/ *Augusta S. Dowd*
OF COUNSEL