FILED
2010 May-05 PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| V. | ) CV-09-BE-2423-E |
| JAMES J. STRICKER, et al., | ) |
| DEFENDANTS. | ) |

# EXHIBIT "A"

10-K 1 a2196553z10-k.htm 10-K

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2009

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission file number 1-8787

# American International Group, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 13-2592361 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 70 Pine Street, New York, New York | 10270 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (212) 770-7000

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, Par Value $2.50 Per Share | New York Stock Exchange |
| 5.75% Series A-2 Junior Subordinated Debentures | New York Stock Exchange |
| 4.875% Series A-3 Junior Subordinated Debentures | New York Stock Exchange |
| 6.45% Series A-4 Junior Subordinated Debentures | New York Stock Exchange |
| 7.70% Series A-5 Junior Subordinated Debentures | New York Stock Exchange |
| Corporate Units (composed of stock purchase contracts and junior subordinated debentures) | New York Stock Exchange |
| NIKKEI 225® Index Market Index Target-Term Securities® due January 5, 2011 | NYSE Arca |

Securities registered pursuant to Section 12(g) of the Act: None

Table of Contents

American International Group, Inc., and Subsidiaries

**Part I**

**Item 1. Business**

American International Group, Inc. (AIG), a Delaware corporation, is a holding company which, through its subsidiaries, is engaged primarily in a broad range of insurance and insurance-related activities in the United States and abroad.

Since September 2008, AIG has been working to protect and enhance the value of its key businesses, execute an orderly asset disposition plan, and position itself for the future. AIG has entered into several important transactions and relationships with the Federal Reserve Bank of New York (FRBNY), the AIG Credit Facility Trust (together with its trustees, acting in their capacity as trustees, the Trust) and the United States Department of the Treasury (the Department of the Treasury). As a result of these arrangements, AIG is controlled by the Trust, which was established for the sole benefit of the United States Treasury.

AIG's four reportable segments are as follows:

- General Insurance;
- Domestic Life Insurance & Retirement Services;
- Foreign Life Insurance & Retirement Services; and
- Financial Services.

The principal business units in each of AIG's reportable segments at year-end 2009 are shown below. For information on AIG's reportable segments, including geographic areas of operation, and changes made in 2009, see Note 4 to the Consolidated Financial Statements.

| **General Insurance** | **Domestic Life Insurance & Retirement Services** |
|---|---|
| American Home Assurance Company (American Home) | American General Life Insurance Company (American General) |
| National Union Fire Insurance Company of Pittsburgh, Pa. (National Union) | American General Life and Accident Insurance Company (AGLA) |
| New Hampshire Insurance Company (New Hampshire) | The United States Life Insurance Company in the City of New York (USLIFE) |
| Lexington Insurance Company (Lexington) | The Variable Annuity Life Insurance Company (VALIC) |
| Chartis Overseas, Ltd. | Western National Life Insurance Company (Western National) |
| AIU Insurance Company (AIUI) | SunAmerica Annuity and Life Assurance Company (SunAmerica Annuity) |
| American International Reinsurance Company Limited (AIRCO) | |