IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   CV-09-BE-2423-E |
| | ] |
| **JAMES J. STRICKER, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

## ORDER SETTING BRIEFING SCHEDULE

This case is before the court on "Defendants American International Group, Inc.'s and The Travelers Companies, Inc.'s Motion to Dismiss Counts III and IV" (doc. 66). The plaintiff's response will be due **May 27, 2010**. Any reply brief, if necessary, will be due **June 10, 2010**.

All submissions should comply with "Appendix II" available on the court's website at www.alnd.uscourts.gov under the court information for Judge Bowdre.

DONE and ORDERED this 6th day of May 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE