FILED
2010 May-18 PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CV-09-be-2423-E |
| ) | |
| JAMES J. STRICKER, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF LINDSAY S.C. BRINTON

I, Lindsay S.C. Brinton, declare as follows:

1. I am a resident of the State of Missouri and an associate at the law firm of Arent Fox LLP. I filed a Motion for Admission *Pro Hac Vice* in this case on May 5, 2010 (Doc. 65). On May 13, 2010, this Court issued an Order conditionally granting my admission *pro hac vice* (Doc. 69), conditioned on the submission of a certificate of good standing from the required court in which I practice, or an affidavit or declaration attesting to the courts to which I am admitted to practice. This Declaration is submitted in response to this Court's May 13, 2010 Order.

2. I am duly licensed and admitted to practice law in the State of Missouri, the United States Court of Federal Claims, and the United States Court of Appeals for the Federal Circuit, and am a member in good standing of each.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May, 2010 in St. Louis, Missouri.

*/s/ Lindsay Brinton*
Lindsay S.C. Brinton

I, *Mary L. Tucker*, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that __Lindsay S.C. Brinton__ signed the foregoing instrument and did personally appear before me on the 14th day of May, 2010 and acknowledged the same to be his/her/their act and deed.

*Mary L. Tucker*
Notary Public

My Commission Expires: 2-25-2013

[Notary Seal: MARY L. TUCKER, MY COMMISSION EXPIRES February 25, 2013, NOTARY SEAL, ST. LOUIS COUNTY #09604098, NOTARY PUBLIC, STATE OF MISSOURI]

2