

FILED
2010 May-18 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CV-09-be-2423-E |
| ) | |
| JAMES J. STRICKER, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF DONALD H. ROMANO

I, Donald H. Romano, declare as follows:

1. I am a resident of the State of Maryland and a partner in the law firm of Arent Fox LLP. I filed a Motion for Admission *Pro Hac Vice* in this case on May 5, 2010 (Doc. 65). On May 13, 2010, this Court issued an Order conditionally granting my admission *pro hac vice* (Doc. 69), conditioned on the submission of a certificate of good standing from the required court in which I practice, or an affidavit or declaration attesting to the courts to which I am admitted to practice. This Declaration is submitted in response to this Court's May 13, 2010 Order.

2. I am duly licensed and admitted to practice law in the District of Columbia, the State of Maryland, the State of Massachusetts, the United States Courts of Appeals for the Fourth, and Tenth Circuits, and am a member in good standing of each.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2010 in Washington, D.C.

_____
Donald H. Romano

District of Columbia, ss.

I, Susan L. Kircher a Notary Public in and for the jurisdiction aforesaid, do hereby certify that Donald H. Romano signed the foregoing instrument and did personally appear before me on the 17th day of May, 2010 and acknowledged the same to be his/her/their act and deed.

_____
Notary Public

SUSAN L. KIRCHER
NOTARY PUBLIC, DISTRICT OF COLUMBIA
My Commission Expires: January 1, 2012

My Commission Expires: 2-14-2012