FILED
2010 May-21  PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   CV-09-BE-2423-E |
| | ] |
| **JAMES J. STRICKER, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

## ORDER TO SHOW CAUSE

Attorneys Caroline Turner English and Lindsay S.C. Brinton are to show cause in writing on or before **May 28, 2010** why they should not be removed as attorneys of record for failing to comply with the court's e-filing registration requirements.

DONE and ORDERED this 21st day of May 2010.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE