### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | CV-09-be-2423-E |
| ) | |
| **JAMES J. STRICKER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF COMPLIANCE

Attorneys Caroline Turner English and Lindsay S.C. Brinton file this Notice of Compliance in response to this Court's May 21, 2010 Order to Show Cause (Doc. 74). Ms. English and Ms. Brinton are seeking admission *pro hac vice* in this Court (Doc. 65). After filing their declarations attesting to the courts in which they are admitted to practice (Docs 71-72), Ms. English and Ms. Brinton inadvertently failed to timely comply with this Court's e-filing registration requirements. After this Court alerted Ms. English and Ms. Brinton to this error in the May 21, 2010 Order to Show Cause, Ms. English and Ms. Brinton immediately complied with the e-filing registration. Ms. English is now registered with this Court with login "cte94681" and Ms. Brinton is registered with login "lb94680."

Ms. English and Ms. Brinton regret this oversight and respectfully request that this Court not remove them as attorneys of record in this matter.

DATED:  May 24, 2010

        Respectfully submitted,

        /s/ *Augusta S. Dowd*
        Augusta S. Dowd (ASB-5274-D58A)
        One of the Attorneys for Monsanto Company and
        subsidiaries and American International Group,
        Inc. and subsidiaries

**OF COUNSEL**:
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Tel: (205) 323-1888
Fax: (205) 323-8907
E-mail: adowd@whitearnolddowd.com

        */s/  Caroline Turner English*
        Attorney for Monsanto Company and subsidiaries
        and American International Group, Inc. and
        subsidiaries

        **Application for *Pro Hac Vice* Pending**

Caroline Turner English
Arent Fox LLP | Attorneys at Law
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
202.857.6178 DIRECT | 202.857.6395 FAX
english.caroline@arentfox.com | www.arentfox.com

/s/  Lindsay S.C. Brinton
Attorney for Monsanto Company and subsidiaries and American International Group, Inc. and subsidiaries

**Application for *Pro Hac Vice* Pending**

Lindsay S.C. Brinton
Arent Fox LLP | Attorneys at Law
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
314.721.3218 DIRECT  | 202.857.6395 FAX
brinton.lindsay@arentfox.com   | www.arentfox.com

/s/  Carol Connor Cohen
Attorney for Monsanto Company and subsidiaries and American International Group, Inc. and subsidiaries
(*admitted pro hac*)

Carol Connor Cohen
Arent Fox LLP | Attorneys at Law
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
202.857.6054 DIRECT | 202.857.6395 FAX
cohen.carol@arentfox.com | www.arentfox.com

/s/  Donald H. Romano
Attorney for Monsanto Company and subsidiaries and American International Group, Inc. and subsidiaries
(*admitted pro hac*)

Donald H. Romano
Arent Fox LLP | Attorneys at Law
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
202.715.8407 DIRECT | 202.857.6395 FAX
romano.donald@arentfox.com | www.arentfox.com


**OF COUNSEL:**
BRADLEY ARANT BOULT CUMMINGS LLP
Matthew H Lembke
Ty E Dedmon
**Attorneys for Monsanto Company and subsidiaries**
PO Box 830709
Birmingham, AL 35283-0709
205-521-8000
Fax: 488-6560
Email: mlembke@babc.com
Email: tdedmon@babc.com


**CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th  day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tony West, Esq.
Joyce White Vance, Esq.
Richard E. O'Neal, Esq.
J. Christopher Kohn, Esq.
Cathy J. Burdett, Esq.
Ruth A. Harvey, Esq.
U.S. Department of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

Vernon L. Wells, II, Esq.
J. David Moore, Esq.
Kary B. Wolfe, Esq.
Walston, Wells & Birchall, LLP
P. O. Box 830642
Birmingham, AL 35283

William S. Cox, Esq.
Keven E. Clark, Esq.
Wesley B. Gilchrist, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

George P. Ford, Esq.
Ford, Howard & Cornett, PC
P. O. Box 388
Gadsden, AL 35902

Matthew H. Lembke, Esq.
Ty E. Dedmon, Esq.
Andrew L. Brasher, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL 35203

Charles K. Hamilton, Esq.
Bruce F. Rogers, Esq.
Bainbridge, Mims, Rogers & Smith, L.L.P.
Suite 415 – The Luckie Building
600 Luckie Drive
P. O. Box 530996
Birmingham, AL 35253

J. Gusty Yearout, Esq.
Yearout & Traylor
3300 Cahaba Road, Suite 300
Birmingham, AL 35223

John T. McConkie, Esq.
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044

M. Todd Lowther, Esq.
Teresa G. Minor, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North
Birmingham, AL 35203

                                        /s/ *Augusta S. Dowd*
                                        OF COUNSEL