# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THE UNITED STATES ) | |
| OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| James J. Stricker, et al., ) | Civil Action No. |
| ) | CV-09-KOB-2423-E |
| Defendants. ) | |

## NOTICE OF FILING
## OF FIRST AMENDED COMPLAINT

The United States is filing today its First Amended Complaint, as a matter of course, pursuant to Fed. R. Civ. P. 15(a)(1)(B).  The First Amended Complaint adds five insurer defendants, each of which is a subsidiary of current defendants American International Group, Inc., or Travelers Companies, Inc.  The First Amended Complaint does not change the paragraph numbers and does not add or change any substantive allegations.

Dated: May 26, 2010

TONY WEST
Assistant Attorney General

JOYCE WHITE VANCE
United States Attorney

RICHARD E. O'NEAL
Assistant United States Attorney

  /s/   Cathy J. Burdette
J. CHRISTOPHER KOHN
(D.C. Bar No. 212357)
RUTH A. HARVEY
(D.C. Bar No. 409138)
CATHY J. BURDETTE
(D.C. Bar No. 386790)
J. TAYLOR MCCONKIE
(Colorado Bar No. 34360)
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 616-2316
Facsimile:  (202) 514-9163

ATTORNEYS FOR THE
UNITED STATES

## Certificate of Service

    I certify that on May 26, 2010, I electronically served the foregoing Notice of Filing of First Amended Complaint through the Court's CM/ECF system on all parties to this case.

                                                      /s Cathy J. Burdette