IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| v. | ] CV-09-BE-2423-E |
| JAMES J. STRICKER, et al., | ] |
| Defendants. | ] |

**FINAL ORDER**

This matter comes before the court in response to this court's order to show cause (doc. 157) why the counterclaim, cross-claim, and third party complaint, filed by Defendants/Plaintiffs-in-Interpleader (doc. 100), should not be dismissed as moot, and why Attorney Defendants' "Motion for the Release of Legal Fees From the Monies Interpleaded by Solutia, Monsanto, and Pharmacia" (doc. 143) should not be denied as moot. Defendants/Plaintiffs-in-Interpleader filed a response (doc. 158) as did the Attorney Defendants, Daniel R. Benson and Donald W. Stewart (doc. 159). Based on those responses, the court ORDERS as follows:

1. Interpleader claims of Solutia, Monsanto, and Pharmacia (doc. 100) are DISMISSED without prejudice as stated in "Joint Response to Order to Show Cause" (doc. 158). The funds interpled are ORDERED to be returned to Solutia, Monsanto, and Pharmacia. The Clerk of Court is authorized and directed to draw a check (or checks) on the funds on deposit in the Registry of the Court in the principal amount TWO MILLION SIXTY-SEVEN THOUSAND THREE HUNDRED DOLLARS ($2,067,300.00) plus all interest earned for a total amount of TWO MILLION SEVENTY-SIX THOUSAND THREE HUNDRED SIXTY-THREE DOLLARS

AND SEVENTY-NINE CENTS ($2,076,363.79), less Administrative Assessment Fee of $906.38 for a total amount of $2,075,457.41, payable to Solutia, Inc., at Jones Walker Waechter Poitvent Carrere & Denegre, LLP 1819 5th Avenue North, Suite 1100, Birmingham, AL 35203.

2. "The United States' Motion to Dismiss Counterclaim in Interpleader" (doc. 106) is MOOT.

3. The "Motion for the Release of Legal Fees from the Monies Interpleaded by Solutia, Monsanto, and Pharmacia" (doc. 143) is MOOT as stated in the "Memorandum in Response to Order to Show Cause Why the Motion for The Release of Legal Fees from the Monies Interpleaded by Solutia, Monsanto, and Pharmacia is Not Moot" (doc. 159).

4. Because no other claims or issues remain to be resolved this case is hereby DISMISSED with prejudice. Costs taxed as paid.

DONE and ORDERED this 13th day of September, 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE